*SM*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

APR 07 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Anthony
Dane
Miller )
(Name of the plaintiff or plaintiffs) )

CIVIL ACTION

v.

1:23-cv-02194
Judge Steven C. Seeger
Magistrate Judge Jeffrey Cummings
RANDOM

Walmart
Sortation
Center
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **Anthony Dane Miller** of the
county of **Dupage** in the state of **Illinois**.

3. The defendant is **Walmart Sortation Center**, whose
street address is **925 Dalton LN**,
(city) **Bolingbrook** (county) **Will** (state) **IL** (ZIP) **60490**
(Defendant's telephone number) **AM. (331) - 757-2730**

4. The plaintiff sought employment or was employed by the defendant at (street address)
**925 Dalton Lane** (city) **Bolingbrook**
(county) **Will** (state) **IL** (ZIP code) **60490**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐    was denied employment by the defendant.

   (b) ☑    was hired and is still employed by the defendant.

   (c) ☐    was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month)___7___, (day)_____, (year)_2022_ .

7.1    *(Choose paragraph 7.1 or 7.2, do not complete both.)*

     (a) The defendant is not a federal governmental agency, and the plaintiff  [*check*

     *one box*]  ☐ *has not*    filed a charge or charges against the defendant
               ☑ *has*

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

    (i)    ☑ the United States Equal Employment Opportunity Commission, on or about

       (month)_12_   (day)_12_  (year)_2022_.

    (ii)   ☑ the Illinois Department of Human Rights, on or about

       (month)_12_   (day)_12_  (year)_2022_

  (b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached.  ☑ YES.   ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

     (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

     defendant asserting the acts of discrimination indicated in this court complaint.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

(c)    Attached is a copy of the

(i) Complaint of Employment Discrimination,

☑ YES    ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☑ YES    ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐   the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b) ☑   the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on

(month)___2___ (day)_14_ (year)_2022_ a copy of which

*Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐   Age (Age Discrimination Employment Act).

(b) ☑   Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☑ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☑ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Employer constantly put me in uncomfortable situations after discovering that I filed various complaints within the company and filed an EEOC charge. ~~Retal~~ Continued retaliation.

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☑ Direct the defendant to promote the plaintiff.

(d) ☑ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☑ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑ Direct the defendant to (specify): Supply immediate transfer due to hostile work environment

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

and defamination of my character.

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Anthony D. Miller (signature)_

(Plaintiff's name)

Anthony D. Miller

(Plaintiff's street address)

2292 Scott Lane

(City) Aurora (State) IL (ZIP) 60502
(Plaintiff's telephone number) (773) – 553-9201

Date: 4-7-2023

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



### U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

### DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

**To:** Mr. Anthony D. Miller
2292 Scott Lane
AURORA, IL 60502

Charge No: 440-2022-07576

EEOC Representative and email:  Shateria Barnes
Investigator
Shateria.barnes@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2022-07576.

On behalf of the Commission,

Digitally Signed By: Julianne Bowman
2/14/2023
Julianne Bowman
District Director

**Cc:** Walmart Sortation Center

Please retain this notice for your records.



**Walmart**

*Witness Statement*

Case Name _____

Event Number _____

**Upload completed statement to the evidence locker for this event in the case management system.**

Name: Anthony D. Miller | Store/Club #: 7627

Current Position: Transportation Area Manager | Store/Club City & State: Bolingbrook, IL

In July of this year I reported to work on Saturday. I left my bag due to the fact I was going out and didn't want to bring it with me. I then planned to come back to get it and also to check on the operation on Sunday because I normally update spreadsheets and check my e-mail on my days off. My Anti depressant pills were inside the bag as well as the main purpose as to why I came to the facility. When I came in I did badge in said hi and held my composure. I remained respectful. While I was working I was under the impression of feeling harassed by the other manager that I never met. I left my bag on my desk because I was going to come back inside and work on something on my laptop. I walked outside with Rigo and told him to have a good night. I later turned around and went to try to badge back in but to my attention It would not work (next page)

The above statement is a true statement to the best of my knowledge and belief. No threats or promises were made by anyone to get me to make this statement.

_____
Witnessing Manager Signature

Signature: *[signature]*

Date: 11-2-2022

This document is Walmart Private



## Walmart
### Witness Statement

Case Name _____

Event Number _____

**Upload completed statement to the evidence locker for this event in the case management system.**

| Name: Anthony D. Miller | Store/Club #: |
|---|---|
| Current Position: Transport | Store/Club City & State: |

I than rang the doorbell than once again no response from the employee sitting in the front office. I than called Chris Nicholson and told him that the employee would not let me back in. I also tapped on the window because I thought maybe she did't notice the doorbell. after unsuccessful attempts to get back inside the building. I called for a Lyft and remained at the parking lot until my Lyft came. I did't want any trouble. I also had keys to the trucked lounge but didn't even go around to the back. At that point I cried and overall the situation was a trigger to my mental health and fell to a deeper depression and was diagnosed with Post Traumatic Disorder anxiety and depression.

The above statement is a true statement to the best of my knowledge and belief. No threats or promises were made by anyone to get me to make this statement.

Witnessing Manager Signature _____

Signature _____

11-2-2022

Date _____

This document is Walmart Private

ler - a0m0tvb

Anthony Miller - a0m0tvb
Saturday, November 12, 2022 5:27 PM
Michael Page
RE: Tara Taylor

ael Page,

I am reaching out in regards to a write up that Tara tried to conduct to me about factors about the route book which I wanted to contin
ld me verbally she was going to do it fully. I remember when me and you talked face to face I told you about the situation. Tara's integrit
her verbiage she demonstrated to me personally in her office.
meetings on my days off and scheduled PTO.

o attendance where PTO and reasoning was issued for me verbally to have stagger starts and stay later.

our cell phone number still but I do not have it. Please call me when you can or reply to this E-mail.

Transportation Area Manager
nsportation

490
Chain Management (WMSC)
27
walmart.com
752
-757-2757
01

1

# Miller, Anthony D

**DA3-Red**

(USA) Area Manager - Transportation Office (Transportation)

Manager: Tara Taylor

Evaluated By: Tara Taylor

Organization: (USA) Supply Chain 07827 Transportation Management eComm WHSE Logistics PM (Tara Taylor)

Location: US IL BOLINGBROOK 07827 ECOMM WHSE LOGISTICS

07/06/2022 - 07/06/2023

## Disciplinary Action

Reason: Job Performance/Productivity (United States of America)

Related Disciplinary Actions:

## Disciplinary Action

### Observations of Associate's Behavior and/or Performance

Enter the associate's behavior. Describe the observations of the associate's behavior and/or performance. Be as specific as possible, including dates, times and examples, to help the associate understand the behavior or performance that fell below the expected standards. Keep grammar and spelling in mind, as disciplinary action records are permanent.

Manager Evaluation

Response: On April 25, while waiting on Anthony Miller and others to join the Lllamasoft-Supply Chain Guru Session, Huay, the Project Manager stated that Anthony had missed the past 2-3 sessions and asked thatI contact him. The importance of his attendance was expressed to me to pass on. I text Anthony and called Anthony on this date stating that he had a session to be on. Anthony never called back nor responded. On this date Anthony did not attend the zoom session.

### Impact of Associate's Behavior

Describe the impact the associate's behavior has on the business, customer/member service, associate morale, etc. The description should be concise but detailed enough to help the associate understand why the behavior did not meet the company's expected behavior.

Manager Evaluation

Response: On April 27 Jace and I had a conversation with Anthony Miller addressing above concerns. Anthony stated that his performance would not be impacted several times. During this time Jace also reemphasized the significance of the sessions reiterating how crucial it was for Anthony to attend all sessions. Going forward the expectation was that Anthony attend all sessions related to Route Book Planning.

Jace also asked Anthony if he still wanted to Champion the Route Book fir IL9. Jace then told Anthony that if it was too much or that Anthony thought that he may not be dedicated to this tasks that it was ok for him to just say so. Jace also advised Anthony that by him stepping down from the task would in no way be means for disciplinary action. However, after today's conversation he would be held accountable for his actions. During this conversation Anthony continued to state that he wanted to Champion the Route Book. At which time she offered to take over the Route book if at any time that he felt he could not be fully dedicated to the tasks. Tara then told Anthony that no disciplinary action would happen today from the conversation nor from him admitting that he may not be able to be fully dedicated to the task. However, that going forward he would be held accountable if he continued to miss any further sessions. Anthony again stated that he was able to champion the Route Book and he would be better going forward.

## Behavior Expected of Associate

Clearly describe the behavior the associate is expected to exhibit in the future to meet expectations. This description is necessary to ensure the associate has a complete understanding of what is being asked of them.

Manager Evaluation

Response: On April 28 I sent out an email to all Area Managers on the LLamasoft-Supply Chain Guru sessions stating that Over the past few weeks there have been several occasions that Huay is kept waiting for everyone to join the zoom meetings. As a professional courtesy I asked that everyone is punctual and ready to begin from this point forward. As a best practice that they were to log in 5-10 minutes prior to start time so that everyone has time to take corrective actions that would otherwise cause delays by logging in last minute. In the event that they could not attend to let myself know.
May 4-Anthony failed to attend the 5pm session.

On May 11, it was determined that Anthony had failed to make any improvements. At this time it was determined that Anthony would no longer be the POC for IL9s Route Book.

## Location of Disciplinary Action Conversation

Manager Evaluation

Response: On June 17, Due to the launch and the needs of the business I requested that Anthony adjusted his schedule to those needs. I added that we would have an AM and 2 hourly clerks flying in from fL9 to support the launch the first two weeks. During this time, I explained to Anthony that AM Matt would be working 6-7 day shifts and it was vital that Anthony work the same to take advantage of this opportunity. I then advised Anthony that he was to work Monday June 20 and in exchange he would take off Saturday June 18 as long as coverage permitted. During this conversation Anthony stated that he would be present on Monday June 20 for launch. I advised Anthony that he could take the Saturday before off as his day off to break up the long work week, as I anticipated that he would be working his scheduled days off. The email below is a recap of our conversation. Anthony took the day off Saturday. On Monday I text Anthony to confirm that he would be arriving to work at 4pm this date. Anthony did not respond to my text. However, Anthony sent the below in an email. Anthony failed to work on Monday or Tuesday. On his next scheduled day, Wednesday June 22, Anthony was 2 hours late for his shift.
In addition, On numerous occasions Anthony arrives late to work. Documented dates of 6/22, 6/23, 6/24, 6/25, 6/28, 6/30 and 7/1 are all dates that Anthony arrived to work late for his scheduled shift.

**Job Description**

**Walmart** ✳

## Area Manager - Transportation Office (Transportation)

This position is responsible for assisting in the operation of multiple departments. An individual in this position will be expected to perform additional job related responsibilities and duties throughout the facility as assigned and/or as necessary.

## Essential Functions

*An individual must be able to successfully perform the essential functions of this position with or without a reasonable accommodation.*

Communicate with (or to) individuals or groups verbally and/or in writing (e.g. customers, suppliers, associates).

Coordinate with others (for example, the service shop, local offices) to ensure that equipment is available for scheduled maintenance.

Maintain quality and safety standards in area of responsibility by ensuring associates are trained on Logistics and company policies, standards and procedures; monitoring associate compliance to policies and procedures; distributing and maintaining procedures and supporting documentation.

Supervise and develop associates and leaders in area of responsibility by assigning duties and coordinating workloads, monitoring performance and providing feedback; teaching, supporting and modeling Logistics and company policies and procedures; identifying training and development needs; and participating in the hiring, promotion, coaching, teaching, and evaluation of associates and leaders.

Monitor and manage productivity of area of responsibility by preparing, reviewing and/or analyzing business reports.

Identify associate, customer, and/or supplier concerns by listening, consulting with others when needed to determine corrective action to take or make recommendations in order to resolve.

Implement the business plan for area of responsibility by communicating goals and managing staffing and scheduling, assigning duties and coordinating workloads in order to achieve facility goals (e.g., production, quality, safety).

## Competencies

*An individual must be proficient in each of the competencies listed below to successfully perform the responsibilities of this position.*

Manages Transportation Office Operations - Demonstrates and communicates solid working knowledge of transportation procedures to help associates conduct high quality transportation operations. Ensures associates adhere to company policies, standards, and procedures related to transportation operations. Helps associates understand and use procedures for transportation operations, and facilitates equipment (e.g., tractors, trailers) movements for maintenance. Identifies and appropriately responds to customer, compliance, and operational issues related to transportation operations, taking steps to prevent recurrence.

Customer/Member Centered: Focus on the Customer/Member - Reviews customer/member-focused data and adjusts performance to address findings. Promotes and supports associate efforts to exceed customer/member expectations. Informs associates on how to identify and locate resources to meet the diverse needs of customers/members.

Judgment: Use Appropriate Judgment - Identifies, reviews, and applies policies and procedures to make informed judgments. Identifies and uses facts, information, and expertise to set priorities and make informed decisions. Uses data and evidence to determine the causes of problems and develop solutions to address them.

Execution and Results: Manage Execution and Results - Holds associates accountable for completing work within expectations and time requirements. Plans and manages own and others' time, based on business priorities, and follows up to ensure all work requirements are completed in a timely and accurate manner. Identifies and obtains the resources needed to complete projects. Encourages associates to strive for excellence, efficiency, and quality in work practices.

Planning and Improvement: Plan and Pursue Team-Based Improvement - Coordinates and aligns planning with organizational initiatives and direction. Looks at work plans and makes changes, as needed, to achieve team or work group objectives. Sets realistic timelines for goal accomplishment. Improves work processes and practices to increase performance and results.

Influence and Communicate: Increase Commitment - Promotes ideas and links them to business needs and benefits. Builds trusting, cooperative relationships and alliances with others, inside and outside of the organization. Effectively communicates clear, up-to-date information on business plans and priorities (for example, change initiatives). Shares experience and ideas with associates across the organization.

Ethics and Compliance: Manage Ethics and Compliance - Instructs associates on how to act in accordance with policies and procedures, and supports their efforts in doing so. Ensures associates demonstrate the highest standards of integrity and ethics in work situations. Corrects ethical and compliance issues, enforcing compliance and administering appropriate consequences as needed.

Adaptability: Quickly Adapt - Demonstrates creativity and strength in the face of change, obstacles, and adversity. Adapts to competing demands and shifting priorities. Updates knowledge and skills to handle new complexities, challenges, and responsibilities. Seeks exposure to new ideas and perspectives. Helps associates adjust to and develop the capabilities needed to implement organizational change initiatives.

Talent: Supervise Associates - Provides specific, honest, accurate, and timely feedback on associate performance. Assigns tasks to associates that fit their skill levels and maximize team performance. Uses people processes (for example, selection, development, performance evaluation) to ensure

**Job Description**

Walmart ⁙

## Area Manager - Transportation Office (Transportation)

effective associate performance. Recruits and hires the associates needed to meet business requirements. Teaches, guides, and assists in the development of associates.

## Physical Activities

*The following physical activities are necessary to perform one or more essential functions of this position.*

Moves, lifts, carries, and places merchandise and supplies weighing up to 10 pounds without assistance.

Grasps, turns, and manipulates objects of varying size and weight, requiring fine motor skills and hand-eye coordination.

Visually verifies information, often in small print.

Reads information, often in small print.

Visually locates merchandise and other objects.

Observe behavior of others (i.e., associates, customers, suppliers).

Walk within work area for extended periods of time.

Enter and locate information on a computer or system communication device.

Write documents, reports, etc. using a writing instrument (e.g., pencil, pen) or computer.

## Work Environment

*Working in the following environment is necessary to perform one or more of the essential functions of this position.*

Works in areas requiring exposure to varying temperatures, extreme heat or cold, and/or wet, damp, or drafty conditions.

Work overnight, weekends, and varying shifts.

Work indoors for extended periods of time.

## Entry Requirements

### Minimum Qualifications

- Associate's Degree in Business, Logistics, or related field OR 1 year Walmart Logistics experience OR 1 year transportation experience
- Associates will be required to attend and successfully complete all job-required trainings and assessments (for example, Academy trainings, Open Door trainings, etc.).

### Preferred Qualifications

- Bachelor's Degree in Business, Logistics, or related field.
- 1 year Walmart Dispatch experience.
- 1 year supervisory experience.
- Experience working with Walmart Logistics applications (e.g. Global Logistics Systems (GLS), Trailer Manifest System (TMS), Map Point, Map Quest, On Board Computer Systems, Visual Dispatch System (VDS).
- 1 year Microsoft Office experience.

# Job Description

**Walmart** ✳

## Area Manager - Transportation Office (Transportation)

### Signature

I have read and understand the essential functions for this position and certify that:

A.M.
I have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

A.M.
I do not have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

Anthony D. Miller

Associate/Applicant Printed Name

Associate/Applicant Signature

11-9-2022

Date

Facility No.: 07827 DC
Associate: -
Period Ending: 12/03/2022
Type: All

07827 DC
12/03/2022
All

Global Time and Attendance
13 Week Average Hours Report
All: 09/03/2022 to 12/02/2022
Report as of 12/04/2022

Run by: MILLER, ANTHONY D
Run Date: 12/04/2022 02:34

| Team | WIN | Fullname | Job | Full Time | 13 Week Average | Week Ending: | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 09/16 | 09/23 | 09/30 | 10/07 | 10/14 | 10/21 | 10/28 | 11/04 | 11/11 | 11/18 | 11/25 | 12/02 | 12/09 |
| 07827 DC | 230473379 | BURGOON, BILL | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 228797912 | ELAJAN, KIMBERLY | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 228890081 | ELLIS, KRISTIN | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 105757864 | EVANS, LISA M | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 228834444 | HOWARD, TOMMY | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 228805183 | KOZ, ERIC | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 230057511 | LOEZA, GUS | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 229356003 | LOPEZ, ANDRES | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 225273567 | MEADOWS, RENALDO | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 221706731 | MILLER, ANTHONY D | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 211090567 | NICHOLSON, CHRISTOPHER | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 228918782 | PANDEY, YASU | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 228913233 | SHEPHERD, MICHAEL | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 225254069 | SLATTON, MARQUETIA MARIE | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 228841907 | SMITH, KEVIN A. | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 106658248 | TAYLOR, TARA J | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 220105306 | THAKKAR, KISHAN M | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 228922799 | THOMAS, HOUSTON | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 213487244 | TORRES, RIGOBERTO | 0 | Y | 15:34 | 43:12 | 74:21 | 37:42 | 47:14 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| | 229123202 | WIESCH, JULIE A. | 0 | Y | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| 07827-69-54-86 | 220104948 | MITTAL, NEHA | 69-0086 | Y | 36:40 | 39:45 | 40:01 | 40:18 | 40:17 | 41:05 | 40:25 | 40:05 | 40:51 | 39:50 | 40:00 | 38:48 | 35:22 | 00:00 |
| 07827-69-68-80 | 230275037 | ADAMS-BRISCO, NADJAR J | 69-0080 | N | 15:42 | | | | | | | 02:15 | 16:07 | 18:54 | 25:06 | 20:17 | 27:16 | 00:00 |

All Material Wal-Mart Stores Inc. Confidential/Sensitive Information.

13 Week Average Hours Report

**Total: $0.00**
**Total RX: 1**
**Signature Required: Y**
**Counsel: N**



**Walmart** ><
Pharmacy

**GR 415**

If you have any questions, please feel free to contact your Pharmacist at (630)375-6305.
Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or use the internet at
www.fda.gov/Safety/Medwatch/.

| Pharmacy hours: | Mon: 09:00 AM - 08:00 PM | Wed: 09:00 AM - 08:00 PM | Fri: 09:00 AM - 08:00 PM | Sun: 10:00 AM - 06:00 PM |
|---|---|---|---|---|
| | Tue: 09:00 AM - 08:00 PM | Thu: 09:00 AM - 08:00 PM | Sat: 09:00 AM - 07:00 PM | **Lunch Time Varies** |

MILLER
ANTHONY,D
2292 SCOTT LN

AURORA, IL 605024402

WAL-MART PHARMACY 10-4405
2900 KIRK ROAD
AURORA (NE), IL 60504 -0000
NABP: 1481693    NPI: 1801072236

RX: 7193494         Ref = 0

Patient Pay: $0.00      Cash: $9.00      **WHP**

79327 94893

OC# 865 923 841 076 592 087 107 659 238
PRIORITY: FUTURE
REFILL

Reduced Paper: N

DATE: 10/26/22

**SERTRALINE 100MG TAB LEG**          NDC: 68645-0523-54
**DIRECTIONS: TAKE 1 TABLET BY MOUTH ONCE DAILY**

KRISCH,TARA M
Prescriber NPI: 1619480159
QTY: 30    DAW: 0    DAY SUPPLY: 30
TP REF # 222966065049319999, 222991459199171999, 2

SM

**Health and Wellness Notices**: Including Accessibility and Non-Discrimination Notice, Limited English Proficiency Taglines, Notice of Privacy Practices, Notice of Patient Bill of Rights, Grievance Procedure, Medicare DMEPOS Provider Standards, Warranty Information

### *I. Walmart's Commitment to Healthcare Accessibility and Non-Discrimination and Ways to Raise Issues regarding Accessibility or Discrimination*

Walmart is committed to making its healthcare services accessible to all seeking to use them and provides auxiliary aids and services, including language assistance services, to patients at no cost. Walmart will not discriminate on the basis of race, color, national origin, sex, age, or disability and will not retaliate against anyone who raises a complaint of discrimination.

To raise a complaint or initiate a grievance regarding healthcare accessibility or discrimination, please contact your local Walmart pharmacy, vision center or care clinic. You also have the right to raise concerns or to initiate a formal accessibility or discrimination grievance by contacting either (1) the office of Walmart's Vice President, US Ethics & Compliance (1-800-WM-Ethic or ethics@walmart.com) or (2) the Office of Civil Rights, U.S Dept. Health & Human Services (1-800-368-1019 or OCRComplaint@hhs.gov).

### *II. Healthcare-Related Language Assistance Services-Limited English Proficiency (LEP)*

| Arabic عربى | Haitian Creole  kreyòl ayisyen | Romanian  Română | **English Translation:** Interpreter Services are available at no cost. Please visit your local Walmart for assistance. |
|---|---|---|---|
| خدمات الترجمة الفورية متاحة دون تكلفة. برجاء زيارة فرع Walmart المحلي للمساعدة. | Gen Sèvis entèprèt ki disponib gratis. Tanpri, ale nan Walmart lokal ou a pou w jwenn èd. | Serviciile de interpretariat sunt disponibile gratuit. Pentru asistență, vizitați magazinul Walmart local. | |
| **Burmese** မြန်မာ | **Japanese** 日本人 | **Russian** Русский | |
| ဘာသာပြန်ဆိုပေးသည့်ဝန်ဆောင်မှုကို အခမဲ့ရရှိနိုင်ပါသည်။ ကျေးဇူးပြု၍ Walmart သို့ အကူအညီအတွက် သွားရောက်ပါ။ | 通訳サービスは無料でご利用いただけます。サービスの利用については、最寄りのWalmartサイトを訪ねてください。 | Переводческие Услуги оказываются бесплатно. Пожалуйста, обратитесь за помощью в ближайший магазин Walmart. | |
| **Chinese Cantonese** 漢語廣東話 | **Korean** 한국어 | **Somali** Af Soomaali | |
| 翻譯服務免費提供。請前往您當地的 Walmart 尋求協助。 | 통역 서비스를 무료로 이용하실 수 있습니다. 지원을 받으시려면 지역 Walmart에 방문하여 주십시오. | Adeegyada Turjumaanka waxaa lagu heli karaa kharash la'aan. Fadlan booqo Walmart kaaga maxaliga ah wkxil caawimo ah. | |
| **Chinese Mandarin** 汉语普通话 | **Polish** polski | **Spanish** Español | |
| 翻译服务免费提供。请务必问您当地的 Walmart 寻求帮助。 | Usługi tłumacza dostępne są bez żadnych kosztów. Aby uzyskać pomoc proszę odwiedzić lokalny Walmart. | Los servicios de interpretación están disponibles de manera gratuita. Visite la tienda Walmart local para recibir ayuda. | |
| **Farsi** فارسی | **Portuguese** Português (Brazil) (Brasil) | **Swahili** Kiswahili | **NPP QR Code** |
| خدمات مترجم بدون هیچ هزینه ای در دسترس می باشد. برای کمک لطفا به شعبه محلی Walmart خود مراجعه کنید. | Serviços de interprete estão disponíveis grátis. Por favor, visite seu Walmart local para assistência. | Huduma za tafsiri zipo bila malipo. Tafadhali tembelea Walmart iliyo karibu nawe kwa usaidizi. | |
| **French** français | **Punjabi** ਪੰਜਾਬੀ | **Vietnamese** Tiếng Việt | |
| Des services d'interprètes sont disponibles sans frais. Rendez-vous dans votre Walmart local pour obtenir de l'aide. | ਦੁਭਾਸ਼ੀਆ ਸੇਵਾਵਾਂ ਮੁਫ਼ਤ ਉਪਲਬਧਾ ਹੁੰਦਾ ਬਿਨਾਂ ਕਿਸੇ ਖਰਚੇ ਦੇ ਲਈ ਆਪਣੇ ਸਥਾਨਕ Walmart ਵਿੱਚ ਪਧਾਰੋ। | Dịch Vụ Thông Dịch có sẵn miễn phí. Vui lòng đến Walmart tại địa phương của bạn để được hỗ trợ. | |

### *III. Patient Notice of Privacy Practices*: Walmart's current Notice of Privacy Practices is available electronically at http://corporate.walmart.com/privacy-security/notices/ or by using the QR Code above. It is also physically posted at your local Walmart pharmacy, vision center or care clinic where we are always happy to print a copy upon request.

### *IV. Patient Bill of Rights--Responsibilities of Provider and Patient*

**Responsibilities of the Provider**: 1. Be fully informed in advance about care/service to be provided, including the disciplines that furnish care and the frequency of visits, as well as any modifications to the plan of care; 2. Participate in the development and periodic revision of the plan of care; 3. Refuse care or treatment after the consequences of refusing care or treatment are fully presented; 4. Be informed, both orally and in writing, in advance of care being provided, of the charges, including payment for care/service expected from third parties and any charges for which the client/patient will be responsible; 5. Have one's property and person treated with respect, consideration and recognition of client/patient dignity and individuality; 6. Be able to identify visiting personnel members through proper identification; 7. Be free from mistreatment, neglect, or verbal, mental, sexual and physical abuse, including injuries of unknown source, and misappropriation of client/patient property; 8. Voice grievances/complaints regarding treatment or care, lack of respect of property or recommend changes in policy, personnel or care/service without restraint, interference, coercion, discrimination or reprisal; 9. Have grievances/complaints regarding treatment or care that is (or fails to be) furnished or lack of respect of property promptly addressed; 10. Choose a health care provider, including choosing an attending physician; 11. Confidentiality and privacy of all information contained in the client/patient record and of Protected Health Information; 12. Be advised on agency's policies and procedures regarding the disclosure of clinical records; 13. Receive appropriate care without discrimination in accordance with physician or provider orders; 14. Be informed of any financial benefits when referred to an organization; 15. Be fully informed of one's responsibilities; 16. Receive information about the scope of services the organization will provide and specific limitations on those services.

**Responsibilities of the Patient**: 1. To provide complete and accurate information concerning your present health, medication, allergies, etc., when appropriate to your care/service; 2. To be involved, as needed and as able, in developing, carrying out and modifying your home care service plan, such as properly cleaning and storing your equipment and supplies; 3. To properly clean and maintain equipment and supplies; 4. To contact us with any questions or problems concerning your equipment, supplies or service; 5. To notify your attending physician or provider when you feel ill; 6. To notify us prior to changing your place of residence or your telephone number; 7. To notify us when encountering any problem with equipment or service; 8. To notify us if your physician or provider modifies or ceases your prescription; 9. To notify us of denial and/or restriction of our privacy policy.

### *V. Medicare DMEPOS Supplier Standards*. The products and/or services provided to you by Wal-Mart Stores, Inc. are subject to the supplier standards contained in the Federal regulations shown at 42 Code of Federal Regulations Section 424.57(c). These standards concern business professional and operational matters (e.g. honoring warranties and hours of operation). The full text of these standards can be obtained at www.ecfr.gov. Upon request we will furnish you a written copy of the standards.

### *VI. Warranty Information*. Every product sold or rented by our company carries a one-year manufacturer's warranty. We will notify all Medicare beneficiaries of the warranty coverage, honor all warranties under applicable law, repair or replace, free of charge, Medicare-covered equipment under warranty. In addition, an owner's manual with warranty information will be provided to beneficiaries for all durable medical equipment when this manual is available.

### *VII. Customer Service Concerns (other than accessibility or discrimination)*: **You May Contact Us** at (800) WAL-MART. Within five days of receiving a complaint you will be contacted by telephone, email, fax or letter that we have received your complaint. Within 14 calendar days we will provide a written notification of the results of your inquiry and the resolution. You may call (800) WAL-MART if you have a concern regarding fraud and abuse or any treatment or services provided by our organization or you may contact Accreditation Commission for Health Care (ACHC) at 1-919-785-1214 or 1-855-937-2242 if your complaint is not resolved. You can also call the Office of Inspector General at 1-800-447-8477.

**Medication Guide**

Sertraline Tablets, USP

(SIR-trah-leen)

**What is the most important information I should know about sertraline tablets?**

**Sertraline tablets and other antidepressant medicines may cause serious side effects. Call your healthcare provider right away if you have any of the following symptoms, or call 911 if there is an emergency.**

**1. Suicidal thoughts or actions:**
- **Sertraline tablets and other antidepressant medicines may increase suicidal thoughts or actions** in some people 24 years of age and younger, especially within the **first few months of treatment or when the dose is changed.**
- Depression or other serious mental illnesses are the most important causes of suicidal thoughts or actions.
- Watch for these changes and call your healthcare provider right away if you notice new or sudden changes in mood, behavior, actions, thoughts, or feelings, especially if severe.
  - Pay particular attention to such changes when sertraline tablets are started or when the dose is changed.
  - Keep all follow-up visits with your healthcare provider and call between visits if you are worried about symptoms.

**Call your healthcare provider right away if you have any of the following symptoms, or call 911 if an emergency, especially if they are new, worse, or worry you:**

o attempts to commit suicide o acting on dangerous impulses

o acting aggressive or violent o thoughts about suicide or dying

o new or worse depression o new or worse anxiety or panic attacks

o feeling agitated, restless,

angry or irritable o trouble sleeping

o an increase in activity or

talking more than what is

normal for you o other unusual changes in behavior or mood

**2. Serotonin Syndrome.** This condition can be life-threatening and symptoms may include:

• agitation, hallucinations, coma, or other changes in mental status • nausea, vomiting, or diarrhea

• racing heartbeat, high or low blood pressure • sweating or fever

• coordination problems or muscle twitching (overactive reflexes) • muscle rigidity

**3. Increased chance of bleeding:** Sertraline tablets and other antidepressant medicines may increase your risk of bleeding or bruising, especially if you take the blood thinner warfarin (Coumadin ®, Jantoven ®), a non-steroidal anti-inflammatory drug (NSAIDs, like ibuprofen or naproxen), or aspirin.

**4. Manic episodes**. Symptoms may include:

• greatly increased energy • severe trouble sleeping • excessive happiness or irritability

• racing thoughts • reckless behavior

• unusually grand ideas • talking more or faster than usual

**5. Seizures or convulsions.**

**6. Glaucoma (angle-closure glaucoma).** Many antidepressant medicines including sertraline tablets may cause a certain type of eye problem called angle-closure glaucoma. Call your healthcare provider if you have eye pain, changes in your vision, or swelling or redness in or around the eye. Only some people are at risk for these problems. You may want to undergo an eye examination to see if you are at risk and receive preventative treatment if you are.

**7. Changes in appetite or weight.** Children and adolescents should have height and weight monitored during treatment.

**8. Low salt (sodium) levels in the blood.** Elderly people may be at greater risk for this. Symptoms may include:

• Headache • weakness or feeling unsteady • confusion, problems concentrating or thinking, memory problems

**Do not stop sertraline tablets without first talking to your healthcare provider.** Stopping sertraline tablets too quickly may cause serious symptoms including:

- anxiety, irritability, high or low mood, feeling restless or changes in sleep habits
- headache, sweating, nausea, dizziness
- electric shock-like sensations, shaking, confusion

**What are sertraline tablets?**

Sertraline tablets are a prescription medicine used to treat:

• Major Depressive Disorder (MDD) • Obsessive Compulsive Disorder (OCD)

• Panic Disorder • Posttraumatic Stress Disorder (PTSD)

• Social Anxiety Disorder • Premenstrual Dysphoric Disorder (PMDD)

It is important to talk with your healthcare provider about the risks of treating depression and also the risks of not treating it. You should discuss all treatment choices with your healthcare provider.

Sertraline tablets are safe and effective in treating children with OCD age 6 to 17 years.

It is not known if sertraline tablets are safe and effective for use in children under 6 years of age with OCD or children with other behavior health conditions.

Talk to your healthcare provider if you do not think that your condition is getting better with sertraline tablets treatment.

**Who should not take sertraline tablets?**

**Do not take sertraline tablets if you:**
- take a monoamine oxidase inhibitor (MAOI). Ask your healthcare provider or pharmacist if you are not sure if you take an MAOI, including the antibiotic linezolid.
- have taken an MAOI within 2 weeks of stopping sertraline tablets unless directed to do so by your healthcare provider.
- have stopped taking an MAOI in the last 2 weeks unless directed to do so by your healthcare provider.
- take any other medicines that contain sertraline (such as sertraline HCl or sertraline hydrochloride.
- take the antipsychotic medicine pimozide (Orap®) because this can cause serious heart problems.
- are allergic to sertraline or any of the ingredients in sertraline tablets. See the end of this Medication Guide for a complete list of ingredients in sertraline tablets.

**People who take sertraline tablets close in time to an MAOI may have serious or even life-threatening side effects. Get medical help right away if you have any of these symptoms:**

o high fever o uncontrolled muscle spasms o stiff muscles

o rapid changes in heart rate

or blood pressure o confusion o loss of consciousness (pass out)

**What should I tell my healthcare provider before taking sertraline tablets?**

**Before starting sertraline tablets, tell your healthcare provider:**
- **if you have:**

o liver problems o kidney problems o a history of a stroke

o heart problems o or have had seizures or convulsions o high blood pressure

o bipolar disorder or mania problems o low sodium levels in your blood o or have had bleeding problems
- **are pregnant or plan to become pregnant.** Your baby may have withdrawal symptoms after birth or may be at increased risk for a serious lung problem at birth. Talk to your healthcare provider about the benefits and risks of taking sertraline tablets during pregnancy.
- **are breastfeeding or plan to breastfeed.** A small amount of sertraline may pass into your breast milk. Talk to your healthcare provider about the best way to feed your baby while taking sertraline tablets.

**Tell your healthcare provider about all the medicines that you take,** including prescription and over-the-counter medicines, vitamins, and herbal supplements.

Sertraline tablets and some medicines may interact with each other, may not work as well, or may cause serious side effects.

Your healthcare provider or pharmacist can tell you if it is safe to take sertraline tablets with your other medicines. **Do not** start or stop any medicine while taking sertraline tablets without talking to your healthcare provider first.

**How should I take sertraline tablets?**
- Take sertraline tablets exactly as prescribed. Your healthcare provider may need to change the dose of sertraline until it is the right dose for you.
- Sertraline tablets may be taken with or without food.
- If you miss a dose of sertraline, take the missed dose as soon as you remember. If it is almost time for the next dose, skip the missed dose and take your next dose at the regular time. **Do not** take two doses of sertraline at the same time.

**If you take too many sertraline tablets, call your healthcare provider or poison control center right away, or go to the nearest hospital emergency room right away.**

**What should I avoid while taking sertraline tablets?**

Sertraline tablets can cause sleepiness or may affect your ability to make decisions, think clearly, or react quickly. You should not drive, operate heavy machinery, or do other dangerous activities until you know how sertraline tablets affects you. **Do not** drink alcohol while you take sertraline tablets.

**What are the possible side effects of sertraline tablets?**

Sertraline tablets may cause serious side effects, including:
- **See "What is the most important information I should know about sertraline tablets?"**

**The most common side effects in adults who take sertraline tablets include:**

• nausea, loss of appetite, diarrhea, or indigestion • change in sleep habits including increased sleepiness or insomnia

• increased sweating • sexual problems including decreased libido and ejaculation failure

• tremor or shaking • feeling tired or fatigued

• agitation • anxiety

**The most common side effects in children and adolescents who take sertraline tablets include** abnormal increase in muscle movement or agitation, nose bleeds, urinary incontinence, aggressive reaction, possible slowed growth rate, and weight change. Your child's height and weight should be monitored during treatment with sertraline tablets.

Tell your healthcare provider if you have any side effect that bothers you or that does not go away. These are not all the possible side effects of sertraline tablets. For more information, ask your healthcare provider or pharmacist.

Call your doctor for medical advice about side effects. You may report side effects to the FDA at 1-800-FDA-1088.

**How should I store sertraline tablets?**
• Store sertraline tablets at room temperature, 68 °F to 77°F (20°C to 25°C).
• Keep sertraline tablets bottle closed tightly.

**Keep sertraline tablets and all medicines out of the reach of children.**

**General information about the safe and effective use of sertraline tablets.**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use sertraline tablets for a condition for which it was not prescribed. Do not give sertraline tablets to other people, even if they have the same condition. It may harm them.

This Medication Guide summarizes the most important information about sertraline tablets. If you would like more information, talk with your healthcare provider. You may ask your healthcare provider or pharmacist for information about sertraline tablets that is written for healthcare professionals.

For more information about sertraline tablets call Cipla Ltd. at 1-866-604-3268

**What are the ingredients in sertraline tablets?**

**Active ingredient:** sertraline hydrochloride, USP

**Inactive ingredients:** dibasic calcium phosphate dihydrate, hydroxypropyl cellulose, microcrystalline cellulose, magnesium stearate, opadry green (titanium dioxide, hypromellose 3cP, hypromellose 6cP, Macrogol/Peg 400, polysorbate 80, D&C Yellow #10 Aluminum Lake, and FD&C Blue # 2/Indigo Carmine Aluminum Lake for 25 mg tablet), opadry light blue (hypromellose 3cP, hypromellose 6cP, titanium dioxide, Macrogol/Peg 400, FD&C Blue #2/ Indigo Carmine Aluminum Lake and polysorbate 80 for 50 mg tablet), opadry yellow (hypromellose 3cP, hypromellose 6cP, titanium dioxide, Macrogol/Peg 400, polysorbate 80, Iron Oxide Yellow, Iron Oxide Red for 100 mg tablet) and sodium starch glycolate.

Disclaimer: Other brands listed are the registered trademarks of their respective owner and are not trademarks of Cipla.

This Medication Guide has been approved by the U.S. Food and Drug Administration

Manufactured by:
InvaGen Pharmaceuticals, Inc.
(a subsidiary of Cipla Ltd.)
Hauppauge, NY 11788

or

Manufactured by:

Ascent Pharmaceuticals, Inc.
Central Islip, NY 11722

Manufactured for:
**Cipla USA, Inc.**
10 Independence Boulevard, Suite 300
Warren, NJ 07059

Distributed by:

Wal-Mart
Bentonville, AR 72716

Packaged by:
Legacy Pharmaceutical Packaging LLC
Earth City, MO 63045

Revised: 03/2020

Total: $0.00
Total RX: 2
Signature Required: Y
Counsel: N


Walmart
Pharmacy

BK 1213
OR 214

If you have any questions, please feel free to contact your Pharmacist at (630)375-6305.
Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or use the internet at
www.fda.gov/Safety/Medwatch/.

| Pharmacy hours: | Mon: 09:00 AM - 08:00 PM | Wed: 09:00 AM - 08:00 PM | Fri: 09:00 AM - 08:00 PM | Sun: 10:00 AM - 06:00 PM |
|---|---|---|---|---|
| | Tue: 09:00 AM - 08:00 PM | Thu: 09:00 AM - 08:00 PM | Sat: 09:00 AM - 07:00 PM | Lunch Time Varies |

---

MILLER
ANTHONY,D
2292 SCOTT LN

‖‖‖‖‖‖‖ 79327 59312 ‖

AURORA, IL 605024402

OC# 865 923 841 076 592 860 107 659 238
WAL-MART PHARMACY 10-4405          PRIORITY: FUTURE
2900 KIRK ROAD                    REFILL
AURORA (NE), IL 60504 -0000
NABP: 1481693    NPI: 1801072236          Reduced Paper: N

RX: 7189592          Ref = 0          DATE: 09/26/22

Patient Pay: $0.00          Cash: $4.00          WHP

**TRAZODONE 50MG     TAB TEV          NDC: 50111-0560-01**
**DIRECTIONS: TAKE 1 TABLET BY MOUTH ONCE DAILY AT NIGHT
AS NEEDED FOR SLEEP**

SHAH,KAVITA J
Prescriber NPI: 1568509008
QTY: 30    DAW: 0    DAY SUPPLY: 30
TP REF # 222673812476155999, 222691471699172999, 2

---

MILLER
ANTHONY,D
2292 SCOTT LN

‖‖‖‖‖‖‖ 79327 57344 ‖

AURORA, IL 605024402

OC# 465 923 841 076 592 857 107 659 238
WAL-MART PHARMACY 10-4405          PRIORITY: FUTURE
2900 KIRK ROAD                    REFILL
AURORA (NE), IL 60504 -0000
NABP: 1481693    NPI: 1801072236          Reduced Paper: N

RX: 7189593          Ref = 0          DATE: 09/26/22

Patient Pay: $0.00          Cash: $14.03          WHP

**SERTRALINE 50MG TAB LEG          NDC: 68645-0522-54**
**DIRECTIONS: TAKE 1 TABLET BY MOUTH ONCE DAILY AT NIGHT**

SHAH,KAVITA J
Prescriber NPI: 1568509008
QTY: 30    DAW: 0    DAY SUPPLY: 30
TP REF # 222656289226310999, 222691471454237999, 2

SM

**Health and Wellness Notices**: Including Accessibility and Non-Discrimination Notice, Limited English Proficiency Taglines, Notice of Privacy Practices, Notice of Patient Bill of Rights, Grievance Procedure, Medicare DMEPOS Provider Standards, Warranty Information

### I. Walmart's Commitment to Healthcare Accessibility and Non-Discrimination and Ways to Raise Issues regarding Accessibility or Discrimination

Walmart is committed to making its healthcare services accessible to all seeking to use them and provides auxiliary aids and services, including language assistance services, to patients at no cost. Walmart will not discriminate on the basis of race, color, national origin, sex, age, or disability and will not retaliate against anyone who raises a complaint of discrimination.

To raise a complaint or initiate a grievance regarding healthcare accessibility or discrimination, please contact your local Walmart pharmacy, vision center or care clinic. You also have the right to raise concerns or to initiate a formal accessibility or discrimination grievance by contacting either (1) the office of Walmart's Vice President, US Ethics & Compliance (1-800-WM-Ethic or ethics@walmart.com) or (2) the Office of Civil Rights, U.S. Dept. Health & Human Services (1-800-368-1019 or OCRComplaint@hhs.gov).

### II. Healthcare-Related Language Assistance Services-Limited English Proficiency (LEP)

| | | |
|---|---|---|
| **Arabic** عربى<br>خدمات الترجمة الفورية متاحة دون تكلفة. برجاء زيارة فرع Walmart المحلى للمساعدة. | **Haitian Creole kreyòl ayisyen**<br>Gen Sèvis entèprèt ki disponib gratis. Tanpri, ale nan Walmart lokal ou a pou w jwenn èd. | **Romanian Română**<br>Serviciile de interpretariat sunt disponibile gratuit. Pentru asistență, vizitați magazinul Walmart local. |
| **Burmese**<br>အခမဲ့ဘာသာပြန်ဆိုပေးသည့် ဝန်ဆောင်မှုများကို ရရှိနိုင်ပါသည်။ အကူအညီရရှိရန် သင့်ဒေသရှိ Walmart သို့ကျေးဇူးပြု၍ သွားရောက်ပါ။ | **Japanese 日本人**<br>通訳サービスは無料でご利用いただけます。サービスのご利用については、最寄りのWalmartサイトを訪ねてください。 | **Russian Русский**<br>Переводческие Услуги оказываются бесплатно. Пожалуйста, обратитесь за помощью в ближайший магазин Walmart. |
| **Chinese Cantonese 漢語廣東話**<br>翻譯服務免費提供。請前往您當地的 Walmart 尋求協助。 | **Korean 한국어**<br>통역 서비스를 무료로 이용하실 수 있습니다. 지원을 받으시려면 지역 Walmart에 방문해 주십시오. | **Somali Af Soomaali**<br>Adeegyada Turjumaanka waxaa lagu heli karaa kharash la'aan. Fadlan booqo Walmart kaaga maxaliga ah wixii caawimo ah. |
| **Chinese Mandarin 汉语普通话**<br>翻译服务免费提供。请您访问您当地的 Walmart 寻求帮助。 | **Polish polski**<br>Usługi tłumacza dostępne są bez żadnych kosztów. Aby uzyskać pomoc proszę odwiedzić lokalny Walmart. | **Spanish Español**<br>Los servicios de interpretación están disponibles de manera gratuita. Visite la tienda Walmart local para recibir ayuda. |
| **Farsi** فارسى<br>خدمات مترجم بدون هیچ هزینه ای در دسترس می باشد. برای کمک لطفا به شعبه محلی Walmart خود مراجعه کنید. | **Portuguese Português**<br>**(Brazil) (Brasil)**<br>Serviços de intérprete estão disponíveis grátis. Por favor, visite seu Walmart local para assistência. | **Swahili Kiswahili**<br>Huduma za tafsiri zipo bila malipo. Tafadhali tembelea Walmart iliyo karibu nawe kwa usaidizi. |
| **French français**<br>Des services d'interprètes sont disponibles sans frais. Rendez-vous dans votre Walmart local pour obtenir de l'aide. | **Punjabi** ਪੰਜਾਬੀ<br>ਦੋਭਾਸ਼ੀਏ ਸੇਵਾਵਾਂ ਮੁਫਤ ਉਪਲਬਧ ਹਨ। ਕਿਰਪਾ ਕਰਕੇ ਸਹਾਇਤਾ ਲਈ ਆਪਣੇ ਸਥਾਨਕ Walmart ਵਿਖੇ ਪਧਾਰੋ। | **Vietnamese Tiếng Việt**<br>Dịch Vụ Thông Dịch có sẵn miễn phí. Vui lòng đến Walmart tại địa phương của bạn để được hỗ trợ. |

**English Translation**: Interpreter Services are available at no cost. Please visit your local Walmart for assistance.


NPP QR Code

### III. Patient Notice of Privacy Practices: Walmart's current Notice of Privacy Practices is available electronically at http://corporate.walmart.com/privacy-security/notices/ or by using the QR Code above. It is also physically posted at your local Walmart pharmacy, vision center or care clinic where we are always happy to print a copy upon request.

### IV. Patient Bill of Rights--Responsibilities of Provider and Patient

**Responsibilities of the Provider**: 1. Be fully informed in advance about care/service provided, including the disciplines that furnish care and the frequency of visits, as well as any modifications to the plan of care; 2. Participate in the development and periodic revision of the plan of care; 3. Refuse care or treatment after the consequences of refusing care or treatment are fully presented; 4. Be informed, both orally and in writing, in advance of care being provided, of the charges, including payment for care/service expected from third parties and any charges for which the client/patient will be responsible; 5. Have one's property and person treated with respect, consideration and recognition of client/patient dignity and individuality; 6. Be able to identify visiting personnel members through proper identification; 7. Be free from mistreatment, neglect, or verbal, mental, sexual and physical abuse, including injuries of unknown source, and misappropriation of client/patient property; 8. Voice grievances/complaints regarding treatment or care, lack of respect of property or recommend changes in policy, personnel or care/service without restraint, interference, coercion, discrimination or reprisal; 9. Have grievances/complaints regarding treatment or care that is (or fails to be) furnished or lack of respect of property investigated; 10. Choose a health care provider, including choosing an attending physician; 11. Confidentiality and privacy of all information contained in the client/patient record and of Protected Health Information; 12. Be advised on agency's policies and procedures regarding the disclosure of clinical records; 13. Receive appropriate care without discrimination in accordance with physician or provider orders; 14. Be informed of any financial benefits when referred to an organization; 15. Be fully informed of one's responsibilities; 16. Receive information about the scope of services the organization will provide and specific limitations on those services.

**Responsibilities of the Patient**: 1. To provide complete and accurate information concerning your present health, medication, allergies, etc., when appropriate to your care/service; 2. To be involved, as needed and as able, in developing, carrying out and modifying your home care service plan, such as properly cleaning and storing your equipment and supplies; 3. To properly clean and maintain equipment and supplies; 4. To contact us with any questions or problems concerning your equipment, supplies or service; 5. To notify your attending physician or provider when you feel ill; 6. To notify us prior to changing your place of residence or your telephone number; 7. To notify us when encountering any problem with equipment or service; 8. To notify us if your physician or other provider modifies or ceases your prescription; 9. To notify us of denial and/or restriction of our privacy policy.

**V. Medicare DMEPOS Supplier Standards**. The products and/or services provided to you by Wal-Mart Stores, Inc. are subject to the supplier standards contained in the Federal regulations shown at 42 Code of Federal Regulations Section 424.57(c). These standards concern business professional and operational matters (e.g. honoring warranties and hours of operation). The full text of these standards can be obtained at www.ecfr.gov. Upon request we will furnish you a written copy of the standards.

**VI. Warranty Information.** Every product sold or rented by our company carries a one-year manufacturer's warranty. We will notify all Medicare beneficiaries of the warranty coverage, honor all warranties under applicable law, repair or replace, free of charge, Medicare-covered equipment under warranty. In addition, an owner's manual with warranty information will be provided to beneficiaries for all durable medical equipment when this manual is available.

**VII. Customer Service Concerns (other than accessibility or discrimination): You May Contact Us at (800) WAL-MART.** Within five days of receiving a complaint you will be contacted by telephone, email, fax or letter that we have received your complaint. Within 14 calendar days we will provide a written notification of the results of your inquiry and the resolution. You may call (800) WAL-MART if you have a concern about fraud and abuse or any treatment or services provided by our organization or its staff. If you have a concern, you may contact Accreditation Commission for Health Care (ACHC) at 1-919-785-1214 or 1-855-937-2242 if your complaint is not resolved. You can also call the Office of Inspector General at 1-800-447-8477.

**Medication Guide**

Sertraline Tablets, USP

(SIR-trah-leen)

**What is the most important information I should know about sertraline tablets?**

**Sertraline tablets and other antidepressant medicines may cause serious side effects. Call your healthcare provider right away if you have any of the following symptoms, or call 911 if there is an emergency.**

1. Suicidal thoughts or actions:
   - **Sertraline tablets and other antidepressant medicines may increase suicidal thoughts or actions** in some people 24 years of age and younger, especially within the **first few months of treatment or when the dose is changed.**
   - Depression or other serious mental illnesses are the most important causes of suicidal thoughts or actions.
   - Watch for these changes and call your healthcare provider right away if you notice new or sudden changes in mood, behavior, actions, thoughts, or feelings, especially if severe.
     - Pay particular attention to such changes when sertraline tablets are started or when the dose is changed.
     - Keep all follow-up visits with your healthcare provider and call between visits if you are worried about symptoms.

**Call your healthcare provider right away if you have any of the following symptoms, or call 911 if an emergency, especially if they are new, worse, or worry you:**

o attempts to commit suicide o acting on dangerous impulses

o acting aggressive or violent o thoughts about suicide or dying

o new or worse depression o new or worse anxiety or panic attacks

o feeling agitated, restless,

angry or irritable o trouble sleeping

o an increase in activity or

talking more than what is

normal for you o other unusual changes in behavior or mood

**2. Serotonin Syndrome.** This condition can be life-threatening and symptoms may include:

• agitation, hallucinations, coma, or other changes in mental status • nausea, vomiting, or diarrhea

• racing heartbeat, high or low blood pressure • sweating or fever

• coordination problems or muscle twitching (overactive reflexes) • muscle rigidity

**3. Increased chance of bleeding:** Sertraline tablets and other antidepressant medicines may increase your risk of bleeding or bruising, especially if you take the blood thinner warfarin (Coumadin ®, Jantoven ®), a non-steroidal anti-inflammatory drug (NSAIDs, like ibuprofen or naproxen), or aspirin.

**4. Manic episodes.** Symptoms may include:

• greatly increased energy • severe trouble sleeping • excessive happiness or irritability

• racing thoughts • reckless behavior

• unusually grand ideas • talking more or faster than usual

**5. Seizures or convulsions.**

**6. Glaucoma (angle-closure glaucoma).** Many antidepressant medicines including sertraline tablets may cause a certain type of eye problem called angle-closure glaucoma. Call your healthcare provider if you have eye pain, changes in your vision, or swelling or redness in or around the eye. Only some people are at risk for these problems. You may want to undergo an eye examination to see if you are at risk and receive preventative treatment if you are.

**7. Changes in appetite or weight.** Children and adolescents should have height and weight monitored during treatment.

**8. Low salt (sodium) levels in the blood.** Elderly people may be at greater risk for this. Symptoms may include:

• Headache • weakness or feeling unsteady • confusion, problems concentrating or thinking, memory problems

**Do not stop sertraline tablets without first talking to your healthcare provider.** Stopping sertraline tablets too quickly may cause serious symptoms including:
  • anxiety, irritability, high or low mood, feeling restless or changes in sleep habits
  • headache, sweating, nausea, dizziness
  • electric shock-like sensations, shaking, confusion

**What are sertraline tablets?**

Sertraline tablets are a prescription medicine used to treat:

• Major Depressive Disorder (MDD) • Obsessive Compulsive Disorder (OCD)

• Panic Disorder • Posttraumatic Stress Disorder (PTSD)

• Social Anxiety Disorder • Premenstrual Dysphoric Disorder (PMDD)

It is important to talk with your healthcare provider about the risks of treating depression and also the risks of not treating it. You should discuss all treatment choices with your healthcare provider.

Sertraline tablets are safe and effective in treating children with OCD age 6 to 17 years.

It is not known if sertraline tablets are safe and effective for use in children under 6 years of age with OCD or children with other behavior health conditions.

Talk to your healthcare provider if you do not think that your condition is getting better with sertraline tablets treatment.

**Who should not take sertraline tablets?**

**Do not take sertraline tablets if you:**
  • take a monoamine oxidase inhibitor (MAOI). Ask your healthcare provider or pharmacist if you are not sure if you take an MAOI, including the antibiotic linezolid.
  • have taken an MAOI within 2 weeks of stopping sertraline tablets unless directed to do so by your healthcare provider.
  • have stopped taking an MAOI in the last 2 weeks unless directed to do so by your healthcare provider.
  • take any other medicines that contain sertraline (such as sertraline HCl or sertraline hydrochloride.
  • take the antipsychotic medicine pimozide (Orap®) because this can cause serious heart problems.
  • are allergic to sertraline or any of the ingredients in sertraline tablets. See the end of this Medication Guide for a complete list of ingredients in sertraline tablets.

**People who take sertraline tablets close in time to an MAOI may have serious or even life-threatening side effects. Get medical help right away if you have any of these symptoms:**

o high fever o uncontrolled muscle spasms o stiff muscles

o rapid changes in heart rate

or blood pressure o confusion o loss of consciousness (pass out)

**What should I tell my healthcare provider before taking sertraline tablets?**

**Before starting sertraline tablets, tell your healthcare provider:**
  • **if you have:**

o liver problems o kidney problems o a history of a stroke

o heart problems o or have had seizures or convulsions o high blood pressure

o bipolar disorder or mania problems o low sodium levels in your blood o or have had bleeding problems
  • **are pregnant or plan to become pregnant.** Your baby may have withdrawal symptoms after birth or may be at increased risk for a serious lung problem at birth. Talk to your healthcare provider about the benefits and risks of taking sertraline tablets during pregnancy.
  • **are breastfeeding or plan to breastfeed.** A small amount of sertraline may pass into your breast milk. Talk to your healthcare provider about the best way to feed your baby while taking sertraline tablets.

**Tell your healthcare provider about all the medicines that you take,** including prescription and over-the-counter medicines, vitamins, and herbal supplements.

Sertraline tablets and some medicines may interact with each other, may not work as well, or may cause serious side effects.

Your healthcare provider or pharmacist can tell you if it is safe to take sertraline tablets with your other medicines. **Do not** start or stop any medicine while taking sertraline tablets without talking to your healthcare provider first.

**How should I take sertraline tablets?**
  • Take sertraline tablets exactly as prescribed. Your healthcare provider may need to change the dose of sertraline until it is the right dose for you.
  • Sertraline tablets may be taken with or without food.
  • If you miss a dose of sertraline, take the missed dose as soon as you remember. If it is almost time for the next dose, skip the missed dose and take your next dose at the regular time. **Do not** take two doses of sertraline at the same time.

**If you take too many sertraline tablets, call your healthcare provider or poison control center right away, or go to the nearest hospital emergency room right away.**

**What should I avoid while taking sertraline tablets?**

Sertraline tablets can cause sleepiness or may affect your ability to make decisions, think clearly, or react quickly. You should not drive, operate heavy machinery, or do other dangerous activities until you know how sertraline tablets affects you. **Do not** drink alcohol while you take sertraline tablets.

**What are the possible side effects of sertraline tablets?**

Sertraline tablets may cause serious side effects, including:
  • **See "What is the most important information I should know about sertraline tablets?"**

**The most common side effects in adults who take sertraline tablets include:**

- nausea, loss of appetite, diarrhea, or indigestion • change in sleep habits including increased sleepiness or insomnia

- increased sweating • sexual problems including decreased libido and ejaculation failure

- tremor or shaking • feeling tired or fatigued

- agitation • anxiety

**The most common side effects in children and adolescents who take sertraline tablets include** abnormal increase in muscle movement or agitation, nose bleeds, urinary incontinence, aggressive reaction, possible slowed growth rate, and weight change. Your child's height and weight should be monitored during treatment with sertraline tablets.

Tell your healthcare provider if you have any side effect that bothers you or that does not go away. These are not all the possible side effects of sertraline tablets. For more information, ask your healthcare provider or pharmacist.

Call your doctor for medical advice about side effects. You may report side effects to the FDA at 1-800-FDA-1088.

**How should I store sertraline tablets?**
- Store sertraline tablets at room temperature, 68 °F to 77°F (20°C to 25°C).
- Keep sertraline tablets bottle closed tightly.

**Keep sertraline tablets and all medicines out of the reach of children.**

**General information about the safe and effective use of sertraline tablets.**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use sertraline tablets for a condition for which it was not prescribed. Do not give sertraline tablets to other people, even if they have the same condition. It may harm them.

This Medication Guide summarizes the most important information about sertraline tablets. If you would like more information, talk with your healthcare provider. You may ask your healthcare provider or pharmacist for information about sertraline tablets that is written for healthcare professionals.

For more information about sertraline tablets call Cipla Ltd. at 1-866-604-3268

**What are the ingredients in sertraline tablets?**

**Active ingredient:** sertraline hydrochloride, USP

**Inactive ingredients:** dibasic calcium phosphate dihydrate, hydroxypropyl cellulose, microcrystalline cellulose, magnesium stearate, opadry green (titanium dioxide, hypromellose 3cP, hypromellose 6cP, Macrogol/Peg 400, polysorbate 80, D&C Yellow #10 Aluminum Lake, and FD&C Blue # 2/Indigo Carmine Aluminum Lake for 25 mg tablet), opadry light blue (hypromellose 3cP, hypromellose 6cP, titanium dioxide, Macrogol/Peg 400, FD&C Blue #2/ Indigo Carmine Aluminum Lake and polysorbate 80 for 50 mg tablet), opadry yellow (hypromellose 3cP, hypromellose 6cP, titanium dioxide, Macrogol/Peg 400, polysorbate 80, Iron Oxide Yellow, Iron Oxide Red for 100 mg tablet) and sodium starch glycolate.

Disclaimer: Other brands listed are the registered trademarks of their respective owner and are not trademarks of Cipla.

This Medication Guide has been approved by the U.S. Food and Drug Administration

Manufactured by:
InvaGen Pharmaceuticals, Inc.
(a subsidiary of Cipla Ltd.)
Hauppauge, NY 11788

or

Manufactured by:

Ascent Pharmaceuticals, Inc.
Central Islip, NY 11722

Manufactured for:
**Cipla USA, Inc.**
10 Independence Boulevard, Suite 300
Warren, NJ 07059

Distributed by:

Wal-Mart
Bentonville, AR 72716

Packaged by:
Legacy Pharmaceutical Packaging LLC
Earth City, MO 63045

Revised: 03/2020

**Patient Itinerary**
Printed on: 10/13/2022

Anthony Miller
2292 Scott Ln
Aurora IL 60502-4402

| Date | Time | Len | Information | Dept Address |
|------|------|-----|-------------|--------------|
| 10/13/22 Thu | 1:00 PM | 30 | NM Orthopaedic Surgery for New with Mayer, Steven E., MD | 101 East 75th St, Suite 100, NAPERVILLE, Illinois 60565-1469 |
| | Directions: | | We are located in the Medical Building on the northeast corner of 75th Street and Washington St in Naperville.<br>Address: 101 East 75th Street, Suite 100, Naperville, IL 60565-1469<br>Phone: 630-225-2663 | |
| | Instructions: | | If for any reason you are unable to keep this appointment, please call us back at least one business day prior to cancel or reschedule your appointment as a courtesy to the provider. | |
| 10/17/22 Mon | 10:30 AM | 60 | NM Physical Therapy for EVALUATION with PTS NAPERVILLE ORTHO | 101 E 75th St, Suite 100, NAPERVILLE, Illinois 60565-1411 |
| | Directions: | | We are located in the Medical Building on the northeast corner of 75th Street and Washington St in Naperville. | |
| 10/20/22 Thu | 3:15 PM | 30 | NM Physical Therapy for TREATMENT with Gress, Tamara R, PTA | 101 E 75th St, Suite 100, NAPERVILLE, Illinois 60565-1411 |
| 10/25/22 Tue | 1:30 PM | 30 | NM Physical Therapy for TREATMENT with PTS NAPERVILLE ORTHO | 101 E 75th St, Suite 100, NAPERVILLE, Illinois 60565-1411 |
| 10/27/22 Thu | 2:15 PM | 30 | NM Physical Therapy for TREATMENT with Gress, Tamara R, PTA | 101 E 75th St, Suite 100, NAPERVILLE, Illinois 60565-1411 |
| 10/31/22 Mon | 6:45 PM | 30 | NM Physical Therapy for TREATMENT with Gress, Tamara R, PTA | 101 E 75th St, Suite 100, NAPERVILLE, Illinois 60565-1411 |
| 11/2/22 Wed | 5:45 PM | 30 | NM Physical Therapy for TREATMENT with Gress, Tamara R, PTA | 101 E 75th St, Suite 100, NAPERVILLE, Illinois 60565-1411 |
| 11/7/22 Mon | 2:30 PM | 30 | NM Physical Therapy for TREATMENT with Gress, Tamara R, PTA | 101 E 75th St, Suite 100, NAPERVILLE, Illinois 60565-1411 |
| 11/10/22 Thu | 2:45 PM | 30 | NM Physical Therapy for TREATMENT with Gress, Tamara R, PTA | 101 E 75th St, Suite 100, NAPERVILLE, Illinois 60565-1411 |
| 11/14/22 Mon | 5:15 PM | 30 | NM Physical Therapy for TREATMENT with Gress, Tamara R, PTA | 101 E 75th St, Suite 100, NAPERVILLE, Illinois 60565-1411 |
| 11/17/22 Thu | 3:15 PM | 30 | NM Physical Therapy for TREATMENT with Gress, Tamara R, PTA | 101 E 75th St, Suite 100, NAPERVILLE, Illinois 60565-1411 |
| 11/21/22 Mon | 4:15 PM | 30 | NM Physical Therapy for TREATMENT with Gress, Tamara R, PTA | 101 E 75th St, Suite 100, NAPERVILLE, Illinois 60565-1411 |
| 11/28/22 Mon | 4:45 PM | 30 | NM Physical Therapy for TREATMENT with Gress, Tamara R, PTA | 101 E 75th St, Suite 100, NAPERVILLE, Illinois 60565-1411 |
| 12/1/22 Thu | 3:45 PM | 30 | NM Physical Therapy for TREATMENT with Gress, Tamara R, PTA | 101 E 75th St, Suite 100, NAPERVILLE, Illinois 60565-1411 |
| 12/6/22 Tue | 2:45 PM | 15 | NM Orthopaedic Surgery for Return Patient with Mayer, Steven E., MD | 101 East 75th St, Suite 100, NAPERVILLE, Illinois 60565-1469 |

**Patient Itinerary**
Printed on: 10/13/2022

Anthony Miller
2292 Scott Ln
Aurora IL 60502-4402

| Date | Time | Len | Information | Dept Address |
|------|------|-----|-------------|--------------|
| | Instructions: | | On the day of your visit, please bring your insurance card, payment, picture ID and any necessary referrals. We ask that you arrive 15 minutes prior to your appointment to allow ample time to check-in for your visit. | |
| | | | If for any reason you are unable to keep this appointment, please call us back at least one business day prior to cancel or reschedule your appointment as a courtesy to the provider. | |



# Work Status Report
## 10/13/2022

Employee Name: **Anthony Miller**
DOI:
Employer: WALMART
Insurance ID: 346296221
Address: PO BOX 4020
FARMINGTON, MO 63640
Insurance Contact:
Alternate Fax:
Employer Fax:

Diagnosis:
**1.      Patellar tendinitis of left knee**

Employee may return to light duty or alternate work if available, with the following restrictions on 10/13/22:   no prolonged standing or walking.  May do desk/clerical work.  Will re-evaluate in 6 weeks..

Tests or Therapy needed:  Physical Therapy / Occupational Therapy.

Next appointment: 6 weeks

Physician's Signature:

Steven E. Mayer, MD

101 EAST 75TH ST
SUITE 100
NAPERVILLE IL 60565-1469
Phone: 630-225-2663
Fax: 630-225-2399

Page 1 of 1

 **Northwestern** Medicine®

# Referral

NM Orthopaedic Surgery
101 East 75th St
Suite 100
NAPERVILLE IL 60565-1469
Phone: 630-225-2663
Fax: 630-225-2399

**Patient:**

Anthony Miller
2292 Scott Ln
Aurora IL 60502-4402
Phone: 773-553-9201

MRN: 111014443682
DOB: 06/14/1986
Sex: M
PCP: Trevino, Jose

**Responsible Party / Guarantor Information:**
MILLER,ANTHONY
2292 Scott Ln
Aurora IL 60502-4402
Phone: 773-553-9201

Relationship to Pt: Self
Employer Name:

**Order Date:** Oct 13, 2022  1:12 PM

**RMG ORTHO REFERRAL TO PHYSICAL THERAPY**   (Order ID: 1603837874)      **Procedure ID:** REF549

**Diagnosis:** Patellar tendinitis of left knee (M76.52)
**Reason for Referral?** Eval and Treat

**Referred by:** Mayer, Steven E., MD

**Referral to Specialty:** Physical Therapy

**Visits Requested:** 1

**Referral Expiration Date:** 10/13/2023

**Expected by:** 10/13/2022

Scheduling Instructions: To schedule, please call us :

Northwestern Medicine Rehabilitation Services (All Other Locations): 630-933-1500
Downtown Chicago Locations: 312-695-6800
South Region Locations: 708-923-5050
Northwest Suburb Locations:
McHenry: 815-363-2350
Crystal Lake: 815-788-2000
Woodstock: 815-337-7410
Huntley: 847-802-7050
Cary: 847-516-8095
Marianjoy: 630-909-7150
Greater Dekalb County Locations : 815-748-8900
Midwest Physical Therapy: 815-991-2300
*Delay start of care? No*
*Reason for Referral: Orthopedic - Musculoskeletal*

**Electronically signed by:**

Mayer, Steven E., MD   (NPI: 1568427557)
Authorizing Physician: Mayer, Steven E., MD
Ordering User: Mayer, Steven E., MD



EDWARD HOSPITAL EMERGENCY DEPARTMENT
701 S WASHINGTON ST
NAPERVILLE IL 60540
PH: 630-527-3358
FAX: 630-527-3371

Date & Time: 4/7/2023, 12:29 AM
Patient: Anthony Miller
Encounter Provider(s):
Raji, Zainab, MD

To Whom It May Concern:

Anthony Miller was seen and treated in our department on 4/6/2023. He may return to work on 4/19/2023.

If you have any questions or concerns, please do not hesitate to call.

_____
Physician/APC Signature

# AFTER VISIT SUMMARY

**Healthy Driven**

**Anthony Miller**  MRN: EH4337835       📅 4/6/2023  📍 Edward Hospital Emergency Department 630-527-3358

## Instructions



**Your medications have changed today**

See your updated medication list for details.



**Read the attached information**

Forearm Fracture without Reduction (English)



**Pick up these medications at Walmart Pharmacy 4405 - AURORA (NE), IL - 2900 KIRK ROAD 630-375-6305, 630-375-6346**

docusate sodium • HYDROcodone-acetaminophen • ibuprofen

Address: 2900 KIRK ROAD, AURORA (NE) IL 60504
Phone:   630-375-6305



**Schedule an appointment with Robert Matlock, MD as soon as possible for a visit in 1 day (around 4/8/2023)**

Specialty: SURGERY, ORTHOPEDIC, Surgery, Orthopaedic
Contact: 1259 RICKERT AVE
         SUITE 101
         Naperville IL 60540
         630-790-1872

## What's Next

You currently have no upcoming appointments scheduled.

## Follow Up Appointments

Please call the appt. coordinator at 331-221-8457 to schedule all of your follow up appointments in just one call.

Your blood pressure today was elevated; we recommend that you follow up with your primary care physician.

4/6/2023
10:42 PM

**Blood Pressure**

## Today's Visit

You were seen by Zainab Raji, MD

**Diagnosis**

Closed fracture of proximal end of right ulna, unspecified fracture morphology, initial encounter

**Imaging Tests**

XR ELBOW, COMPLETE (MIN 3 VIEWS), RIGHT (CPT=73080)

XR FOREARM (2 VIEWS), RIGHT (CPT=73090)

**Medications Given**

acetaminophen (Tylenol Extra Strength) Last given 4/7/2023 12:25 AM

ketorolac (Toradol) Last given 4/7/2023 12:26 AM

27650
Ferry Road
Warrenville IL
2.P.M. Monday
April 10th

|    |                |
|----|----------------|
|    | 4/6/2023       |
|    | 10:42 PM       |
| BP | **142/94 ^**   |

# Disclosure

You were examined and treated today on an urgent basis only. This was not a substitute for ongoing medical care. Often, one Emergency Department visit does not uncover every injury or illness. If you have been referred to your personal physician, a primary care physician or a specialty physician for a follow-up visit, please tell this physician about any new or ongoing problems.

Insurance plans vary and the physician(s) referred by the Emergency Department may not be covered by your plan. Please contact your insurance company to determine coverage and benefits available for follow-up care and referrals.

If you need additional assistance selecting a physician, contact the Edward-Elmhurst Health Physician Referral and Class Registration Line at (630) 527-6363 or find a doctor online by visiting www.eehealth.org. Click on "Find A Doctor"

If you have behavioral health concerns or thoughts of harming yourself, contact the Linden Oaks Hospital Assessment and Referral Center at 630-305-5027. Staff are available 24 hours a day, 7 days a week.

If you have difficulty scheduling your follow-up appointment as directed, please call our Case Manager

Si tiene problemas para programar una cita de seguimiento según lo indicado, llame al Encargado de Caso

Edward Hospital Case Manager 630-646-8896<br>
Elmhurst Hospital Case Manager 331-221-0198

If you have been prescribed any medication(s), please fill your prescription right away and begin taking the medication(s) as directed.  If you have any difficulty obtaining the medication(s) prescribed from your Emergency Department visit, please call the Case Manager number listed above.

Our Emergency Department is dedicated to providing you with excellent care and a patient-centered experience. Feedback is appreciated, and can be communicated via the electronic (email/text) assessment survey that you will receive within 24 hours of your visit. Additionally, the Patient Experience Call Line is available 24 hours a day/7 days a week.

The EEHealth Patient Experience Call Line 331-221-1115

**If there is any change or worsening of your condition, call your primary care physician or return to the Emergency Department.**

| **Elmhurst Emergency Department** | **Naperville Emergency Department** | **Plainfield Emergency** |
|---|---|---|
| **Department** | | |
| **155 E Brush Hill,** | **801 S. Washington St** | **24600 W. 127 St** |

## Disclosure (continued)

**Elmhurst, IL 60126**
**331-221-0200**

**Naperville, IL 60540**
**630-527-3358 (Main ED)**
**630-527-3355 (Pediatric ED)**

**Plainfield, IL 60585**
**815-731-3020**

# Imaging Results

### XR FOREARM (2 VIEWS), RIGHT (CPT=73090) (Final result)
**Final result**

Result time 04/06/23 23:06:14

**Impression:**
 CONCLUSION:  See above.


 Dictated by (CST): Yeh, Rick, MD on 4/06/2023 at 11:05 PM
 Finalized by (CST): Yeh, Rick, MD on 4/06/2023 at 11:06 PM

**Narrative:**
 PROCEDURE:  XR FOREARM (2 VIEWS), RIGHT (CPT=73090)

 LOCATION:

 TECHNIQUE:  Two views were obtained.

 COMPARISON:  None.

 INDICATIONS:  bruising and pain to rue after falling on 4/1

 PATIENT STATED HISTORY: (As transcribed by Technologist)  Patient states fall a couple days ago, complains of pain to and swelling to right forearm.

 FINDINGS:
 There is a mildly displaced fracture of the mid to distal ulna.  The distal fracture fragment is displaced laterally approximately 6 mm.  No evidence of dislocation.

### XR ELBOW, COMPLETE (MIN 3 VIEWS), RIGHT (CPT=73080) (Final result)

Result time 04/06/23 23:07:13

**Final result**

**Impression:**
 CONCLUSION:  No acute fracture or dislocation is seen at the right elbow.

## Imaging Results (continued)

Dictated by (CST): Yeh, Rick, MD on 4/06/2023 at 11:06 PM
Finalized by (CST): Yeh, Rick, MD on 4/06/2023 at 11:07 PM

**Narrative:**

PROCEDURE:  XR ELBOW, COMPLETE (MIN 3 VIEWS), RIGHT (CPT=73080)

LOCATION:

TECHNIQUE:  Three views were obtained.

COMPARISON:  None.

INDICATIONS:  bruising and pain to rue after falling on 4/1

PATIENT STATED HISTORY: (As transcribed by Technologist)  Patient states fall a couple days ago, complains of pain to and swelling to right forearm.

FINDINGS:
BONES:  Normal.  No significant arthropathy or acute abnormality.
SOFT TISSUES:  Negative.  No visible soft tissue swelling.
EFFUSION:  None visible.
OTHER:  Negative.

# Additional Information

**We are concerned for your overall well being:**

 - If you are experiencing a mental health crisis or thoughts of harming yourself, contact the **Linden Oaks 24/7 Crisis Support Line** at **(630) 305-5027**.

 Support is also available through the **National Suicide Prevention Lifeline.** Call or text **988** or chat at **988lifeline.org**

- If you are a smoker or have smoked in the last 12 months, we encourage you to explore options for quitting.

# Changes to Your Medication List

## START taking these medications

 **docusate sodium** 100 MG Caps
Commonly known as: Colace
Quantity: 60 capsule

Take 1 capsule (100 mg total) by mouth 2 (two) times daily.

 **HYDROcodone-acetaminophen** 5-325 MG Tabs
Commonly known as: Norco
Quantity: 10 tablet

Take 1-2 tablets by mouth every 6 (six) hours as needed for Pain.

 **ibuprofen** 600 MG Tabs
Commonly known as: Motrin
Quantity: 30 tablet

Take 1 tablet (600 mg total) by mouth every 8 (eight) hours as needed for Pain or Fever.

## MyChart

**Sign up for MyChart, your secure online medical record.**

You are not yet signed up for EEH MyChart

Get direct online access to portions of your medical record anytime, anywhere with our free, secure and easy-to-use portal. With MyChart, you can communicate with your doctor, schedule and view upcoming appointments, view test results and more. MyChart is available through most internet browsers and an iPhone/Android app.

If you are interested in registering for an EEH MyChart account, you will receive an activation code via email or text message after you are discharged. If you did not receive your activation code call our MyChart Service Desk at 630-527-5070.

**For medical emergencies, dial 911.**

## Narcotic Medications

**HYDROcodone-acetaminophen 5-325 MG Oral Tab**

### Pain Management with Opiates

(Narcotics is a term used outside of healthcare to describe certain medications that include opiates.)
**Why opiates?**
- Opiates are pain medications used to treat moderate or severe pain. These medicines are often necessary for acute pain and can be part of a plan that combines medication and non-medication options to better manage your pain.
- The goal of therapy is to increase function and recovery.
  - Some pain is normal, and it is not realistic to completely eliminate pain.
- Opiates are safe for most people if taken as directed for moderate to severe pain.

**How do I manage my pain with opiates?**
- Try non-medication options to manage your pain like ice, positioning, exercise, relaxation, and thoughts or activities to take your mind off your pain.
- Discuss with your doctor if Tylenol and/or Motrin (Ibuprofen, Advil, and Aleve) are safe for you to take to manage your pain with opiates or to minimize the need for opiates. Some opiates have Tylenol in them.
- Only take opiates when you need them for moderate or severe pain that is not relieved with the options above, when approved by your doctor
- Take the medication as prescribed and never take more than prescribed.

**Side effects and risks**
- Suspected allergic reaction with rash or shortness of breath or decreased ability to breathe normally/respiratory depression - **Call 911**
- Sleepiness or dizziness: do not drive, use machinery, or any activity requiring mental alertness until you know how this medicine affects you. **Notify your doctor if you are too drowsy or dizzy.**
- Avoid alcoholic drinks and medications that make you drowsy such as sleep aids, medications for anxiety unless prescribed by your physician.
- If you have sleep apnea, opiates can make apnea worse.
- Nausea, constipation, dry mouth: **If you are unable to eat due to nausea or if constipation persists for more than 3 days**, call your doctor
- Confusion: **stop medication and call your physician.**

**Weaning the medication**
- As you recover, your pain should improve and you will require less opiate. As your pain improves, you will take fewer pills per day and will take the opiate less frequently.
- You may develop tolerance to the medicine. Tolerance means that you will need a higher dose of the medicine for pain relief. Tolerance is normal and is expected if you take the medication for a long time.
- Do not suddenly stop taking your medicine because you may develop a severe reaction. Your body becomes used to the medicine over time, and you should discontinue the medication slowly. If you received instructions from your physician about tapering/weaning the opiate you are taking, follow those instructions.
- You should wean off the opiate and eventually not need to take the opiate for pain.
- Use of opiates carries the risk of developing a substance use disorder (addiction), and potentially overdose with high doses and prolonged use. Substance use disorders are treatable, but it is important to talk to your doctor right away if you feel your use of your medication is becoming excessive or problematic. Signs that this may be the case include using more medication than prescribed, using the medication to feel better emotionally (rather than for treating pain), taking additional pain medication provided to you by others.

**Safe storage and disposal**
- Keep opiates in a secured place (locked cabinet, drawer) out of reach of visitors and children.
- Simply drop your unused, unwanted or expired controlled medications in one of our collection bins 24/7/365.
  - Restricted items include
    - Needles/syringes
    - Liquids
    - Aerosols
    - Inhalers
    - Thermometers
    - Illegal drugs
  - Bin Locations
    - **Edward Hospital** – 801 S. Washington Street, Naperville: Hallway between the south parking garage and south lobby off of Osler Drive
    - **Elmhurst Hospital** – 155 E. Brush Hill Road, Elmhurst: Vestibule of Door 28 near the Emergency Department (Door just to the right of the main ED Entrance)
- Local police station, pharmacy (some do not take them) or household trash (Place in coffee grounds or kitty litter in a sealed bag/container.)
- For safe disposal locations, please visit www.eehealth.org/RxDropBoxes

 Attached Information                Forearm Fracture without Reduction (English)

## Forearm Fracture

You have a break (fracture) of both bones in the forearm. The bones are not out of place and won't need to be set. This fracture often takes 6 to 12 weeks to heal completely. Initialtreatment is with a splint or cast.



**Home care**

- Keep your arm raised to reduce pain and swelling. When sitting or lying down, raise your arm above heart level. You can do this by placing your arm on a pillow that rests on your chest or on a pillow at your side. This is most important during the first 48 hours after injury.
- Apply an ice pack over the injured area for 15 to 20 minutes every 3 to 6 hours. You should do this for the first 24 to 48 hours. To make a cold pack, put ice cubes in a plastic bag that seals at the top. Wrap the bag in a clean, thin towel or cloth. Never put ice or an ice pack directly on your skin. As the ice melts, be careful that the cast or splint doesn't get wet. You can place the ice pack inside the sling and directly over the splint or cast. Keep using ice packs as needed to ease pain and swelling.
- Keep the cast or splint completely dry at all times. Bathe with your cast or splint out of the water. Protect it with 2 large plastic bags, one outside of the other, each taped with duct tape at the top end or use rubber bands. If a fiberglass splint or cast gets wet, you can dry it with a hair dryer on a cool setting.
- You may use over-the-counter pain medicine to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer, digestive system bleeding, or take a blood thinner, talk with your healthcare provider before using these medicines.

**Follow-up care**

Follow up with your healthcare provider, or as advised. If a splint wasapplied, it may be changed to a cast during your follow-up visit.

If X-rays were taken, you'll be told of any new findings that may affect yourcare.

**When to get medical advice**

Call your healthcare provider right away if any of the following occur:

- The plaster cast or splint becomes wet or soft
- The fiberglass cast or splint remains wet for more than 24 hours
- Increased tightness, looseness, or pain occurs under the cast or splint
- Fingers become swollen, cold, blue, numb or tingly
- The cast or splint has a bad odor

**StayWell last reviewed this educational content on**1/1/2022

© 2000-2022 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow yourhealthcare professional's instructions.