[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

DEC 22 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Plaintiff: Anthony Dare Miller

v.

Defendant: Walmart Sortation Center

Case Number: 1:23-CV-02194

Judge: Honorable Steven C. Seeger

Magistrate Judge: Jeffrey Cummings

## Motion Default Judgment

This cause coming to be heard for entry of Default Judgment (Starpinski v. Veterans of Foreign Wars, 98, N.E., 2d 868, 859 (Ill App. Ct 1951)) Pursuant sought under Fed. R. Civ. P. 55(b) Rule.

1.) Defendant was properly served at location 925 Dalton Ln. Bolingbrook IL 60490 on November 22, 2023.

2.) US Marshall has filed confirmation to serving Defendant on November 22, 2023. As filed December 20, 2023.

3.) Defendant has failed to file appearance WITHIN the 21 Days upon being served.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  |  |
|---|---|
| Plaintiff<br>Anthony D. Miller<br>v.<br>Walmart Solfotion Center<br>Defendant | United States District Court<br>Northern District of Illinois<br>Case Number - 1:23-cv-02194<br>Judge: Honorable Steven C. Seeger<br>Magistrate Judge: Jeffrey Cummings |

## COMPLAINT

Accordingly It is DECREED.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]